IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| PATRICIA D. RUSSELL, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 3:07-CV-6248-PK <br><br> JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order, ~~released~~ _____.

DATED this 2nd day of September 2008.

_____
UNITED STATES MAGISTRATE JUDGE

JUDGMENT [3:07-cv-6248-PK]